UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES O. MORRIS,

    Plaintiff,

v.

    Case No. 2:12-CV-00595
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Norah M. King

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

On July 10, 2013, the Magistrate Judge issued a Report and Recommendation in this case recommending that the case be reversed and remanded for further proceedings. (ECF No. 21.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of the right to review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. The decision of the Commissioner of Social Security is **REVERSED** and this action is hereby **REMANDED** for further proceedings consistent with the July 10, 2013 Report and Recommendation.

**IT IS SO ORDERED.**

_8-5-2013_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE