AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAMES O. MORRIS,**

       **Plaintiff,**

**v.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:12-CV-0595**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed August 5, 2013,  JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security for further proceedings.**

Date: August 5, 2013              JOHN P. HEHMAN, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk