UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES O. MORRIS,

    Plaintiff,

v.

    Case No. 2:12-CV-00595
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Norah M. King

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

On August 23, 2013, the Magistrate Judge issued a Report and Recommendation in this case. Doc. 25. It recommended that Plaintiff be awarded an attorney fee in the total amount of $4,750.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412. Prior to the Report and Recommendation, the parties stipulated to this award. The Report and Recommendation also advised the parties that failure to object within fourteen days would result in a waiver of the right to review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff is hereby **AWARDED** an attorney fee, under the Equal Access to Justice Act, in the total amount of $4,750.00.

IT IS SO ORDERED.

10-2-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE